UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 12-00250 (SRC) |
| v. | : | **ORDER** |
| RONALD OSHRIN | : | |

**CHESLER, District Judge**

This matter comes before this Court on the motion of defendant Ronald Oshrin appealing the decision the decision of the Honorable Madeline Cox Arleo, United States Magistrate Judge, dated April 12, 2012, denying bail and ordering the defendant detained pending trial (Mag No. 12-8053, Docket Entry No. 10). This Court held a hearing on April 13, 2012, and considered the parties' arguments. For the reasons stated on the record at the hearing on April 13, 2012,

IT IS on this ___ day of October, 2012,

**ORDERED** that the Defendant's appeal of the denial of bail is **DENIED**, and

**IT IS FURTHER ORDERED** that since the bail issue has been resolved, the case filed under Crim No. 12-250 (SRC) for the bail appeal, is hereby **DISMISSED**.

Honorable Stanley R. Chesler
United States District Judge